**IT IS ORDERED as set forth below:**



**Date: January 11, 2019**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| STEVEN JAY STRELZIK, | : | CASE NO 18-57431-LRC |
| Debtor. | : | |
| ------------------------------- | -- | ------------------------------- |
| SELECT PORTFOLIO SERVICING, INC., INDIVIDUALLY AND AS SERVICER FOR U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE EMC MORTGAGE LOAN TRUST 2001-A MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2001-A, | : : : : : : : : | CONTESTED MATTER |
| Movant. | : | |
| v. | : : | |
| STEVEN JAY STRELZIK, HOLLY H STRELZIK, Co-Debtor UNITED STATES TRUSTEE, Trustee, Respondents. | : : : : | |

**CONSENT ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

Select Portfolio Servicing, Inc., individually and as servicer for U.S. Bank, National

Association, as trustee for the EMC Mortgage Loan Trust 2001-A Mortgage Pass-Through Certificates Series 2001-A, for itself, its successors and assigns (the "Movant"), filed a Motion for Relief from Automatic Stay (the "Motion") June 19, 2018, which was set for hearing on **January 10, 2019** (the "Hearing").  Movant seeks relief as to Debtor`s real property located in Fulton County, Georgia, now or formerly known as 570 LONDONBERRY ROAD, ATLANTA, GA 30327 (the "Property"), as more particularly described in Exhibit "B" attached to the Motion.  Movant asserts that the Motion was properly served and hearing properly noticed.  The parties reached an agreement as follows:

As adequate protection for Movant's interest in the Property, Debtor shall pay a monthly adequate protection payment beginning **March 1, 2019** in the amount of **$2,621.68.** These payments shall be sent by check, money order, or certified funds to:

> Select Portfolio Servicing, Inc.
> P.O. Box 65450,
> Salt Lake City, UT 84165

Additionally, the Debtor shall file a Chapter 11 Plan no later than **February 25, 2019** and said Plan shall be confirmed within **180 days** of filing the Plan. Should Debtor object to Movant's proof of claim, the deadline for confirming the Plan shall extend until such time as the Objection is resolved.

**ORDERED** that:

The monthly adequate protection payments, the time frame for the filing of a Chapter 11 Plan and the time frame for confirmation of the Plan shall be governed by strict compliance provisions (identified below as the "Delinquency Motion" procedure).

Upon delinquency by Debtor in the payment of any sum specified herein or in the timely filing and confirmation of a Chapter 11 Plan as specified herein, beginning in **February 25, 2019,** Movant may be permitted to seek conversion of the case to one under Chapter 7 only after submitting a Delinquency Motion (as more particularly described below) in the following manner:

(A) Counsel for Movant shall serve the U.S. Trustee, Debtor, and Debtor`s counsel of record

with written notice of the specific facts of the delinquency (the "**Delinquency Notice**"); said notice may be contained in a letter but shall

    (1)    state that Debtor may cure the delinquency within ten (10) calendar days of receipt of said notice, and

    (2)    provide the correct street address for mailing or delivering such payment; Pursuant to this Order, Debtor shall be presumed to have received the Delinquency Notice on the fifth (5th) calendar day following the mailing of said notice by Counsel for Movant; provided, however, that

        (a)    the Delinquency Notice is properly addressed to Debtor at the address set forth on the Distribution List attached to this Order pursuant to BLR 9013-3 NDGa, unless Movant or Counsel for Movant receives notice in writing of a change in Debtor`s address within a reasonable time prior to mailing of the Delinquency Notice; and

        (b)    the Delinquency Notice is not returned to Counsel for Movant by the U.S. Postal Service as undeliverable by reason of improper address.

(B)    If Debtor fails to cure the delinquency within ten (10) days of receipt of said written notice, Counsel for Movant may file:

    (1)  **a motion,** which must contain allegations of the specific facts of the delinquency; provided, however, that, instead of alleging the facts of the delinquency in the motion (the averments of which are subject to Rule 9011), the motion may be accompanied by an affidavit **from Movant** setting forth the specific facts of the delinquency;

    (2)  a copy of the **Delinquency Notice**; and

    (3)  **a proposed order** (the motion, affidavit, copy of the Delinquency Notice

and the proposed order are herein collectively referred to as the "**Delinquency Motion**").

Upon filing the Delinquency Motion with the Court, Debtor shall have **ten (10)** days to file an Objection to said Motion. If no Objection is filed by Debtor or the U.S. Trustee, the Court may enter an order converting the case without further notice or hearing.

This Order shall not prejudice the rights of the Debtor to object to Movant's proof of claim or the amount of the monthly adequate protection payment. This order shall not prejudice either party's rights to seek a modification of this Consent Order, including, but not limited to, the amount of adequate protection payments and Movant's right to receive future adequate protection payments regarding the Property.

**[END OF DOCUMENT]**


Prepared and Submitted by:

/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor


Consented to by:

/s/ Will B. Geer
Will B. Geer
GA State Bar No. 940493
Wiggam & Greer, LLC
Suite 650
1 Glenlake Parkway
Atlanta, GA 30328
678-587-8740
wgeer@wiggamgeer.com
Attorney for Debtor

DISTRIBUTION LIST

Steven Jay Strelzik
570 Londonberry Road
Atlanta, GA 30327

Will B. Geer
Wiggam & Geer, LLC
Suite 650
1 Glenlake Parkway
Atlanta, GA 30328

Steven J. Strelzik, Esq.
Law Offices of Steven J. Strelzik, P.C
Suite 1000
7000 Central Parkway
Atlanta, GA 30328

Lindsay P. S. Kolba
*United States Trustee*
Office of the US Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303