# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 18-57431-LRC |
| STEVEN J. STRELZIK, | CHAPTER 11 |
| Debtor, | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on February 25, 2019, Steven J. Strelzik filed a **"DISCLOSURE STATEMENT WITH REGARD TO CHAPTER 11 PLAN SUBMITTED BY STEVEN STRELZIK"** (the "Disclosure Statement") for Debtor's proposed Plan of Reorganization.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Disclosure Statement is available for review during normal business hours in the Office of the Clerk, United States Bankruptcy Court, Suite 1340, Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, or online at http://ecf.ganb.uscourts.gov (registered users) and at http://pacer.psc.uscourts.gov (unregistered users). Alternatively, a copy of the Disclosure Statement may also be obtained by contacting and requesting a copy from Will B. Geer at the office of Debtors' counsel, Wiggam & Geer, LLC, 50 Hurt Plaza, SE, Suite 1245, Atlanta, Georgia, (404) 233-9800 or wgeer@wiggamgeer.com.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Disclosure Statement shall be held in **U.S. Bankruptcy Court, Courtroom 1204, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303**, at **10:00 a.m. on April 11, 2019.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Room 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below and the United States Trustee at 75 Ted Turner Drive, SW, Suite 362, Atlanta, Georgia, 30303.

This 11th day of March, 2019.

Wiggam & Geer, LLC
/s/ *Will B. Geer*
Will B. Geer
Georgia Bar No. 940493
Attorney for Debtor
50 Hurt Plaza, SE, Suite 1245
Atlanta, Georgia 30303
(404) 233-9800
(404) 287-2767 Facsimile
Email: wgeer@wiggamgeer.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: STEVEN J STRELZIK | CASE NO: 18-57431<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 3/11/2019, I did cause a copy of the following documents, described below,

Notice of Hearing on Disclosure Statement

Disclosure Statement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/11/2019

/s/ Will B. Geer
Will B. Geer  940493
Wiggam & Geer, LLC
50 Hurt Plaza, SE, Suite 1245
Atlanta, GA  30303
678 587 8740

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: STEVEN J STRELZIK | CASE NO: 18-57431 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 11 |

On 3/11/2019, a copy of the following documents, described below,

Notice of Hearing on Disclosure Statement

Disclosure Statement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/11/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Will B. Geer
Wiggam & Geer, LLC
50 Hurt Plaza, SE, Suite 1245
Atlanta, GA  30303

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                          BRIAN P WATT                       MATTHEW R BROOKS
 LABEL MATRIX FOR LOCAL NOTICING   600 PEACHTREE STREET NE            TROUTMAN SANDERS LLP
113E1                              SUITE 3000                         SUITE 3000
CASE 18-57431-LRC                  ATLANTA GA 30308-2305              600 PEACHTREE STREET NE
NORTHERN DISTRICT OF GEORGIA                                          ATLANTA GA 30308-2216
ATLANTA
MON MAR 11 10-27-57 EDT 2019


CAPITAL ONE                        CAPITAL ONE BANK USA NA            CAPITAL ONE BANK USA NA
GENERAL CORRESPONDENCE             PO BOX 71083                       BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 30285                       CHARLOTTE NC 28272-1083            PO BOX 71083
SALT LAKE CITY UT 84130-0285                                          CHARLOTTE NC 28272-1083




LISA F CAPLAN                      BRET J CHANESS                     EXCLUDE
RUBIN LUBLIN LLC                   RUBIN LUBLIN LLC                   WILL B GEER
SUITE 100                          SUITE 100                          WIGGAM  GEER LLC
3145 AVALON RIDGE PLACE            3145 AVALON RIDGE PLACE            SUITE 1245
PEACHTREE CORNERS GA 30071-1570    PEACHTREE CORNERS GA 30071-1570    50 HURT PLAZA SE
                                                                      ATLANTA GA 30303-2916




GEORGIA DEPARTMENT OF REVENUE      INTERNAL REVENUE SERVICE           INTERNAL REVENUE SERVICE
COMPLIANCE DIVISION                P O BOX 7346                       P O BOX 7346
ARCS BANKRUPTCY                    2970 MARKET STREET                 PHILADELPHIA PA 19101-7346
1800 CENTURY BLVD NE SUITE 9100    PHILADELPHIA PA 19104-5002
ATLANTA GA 30345-3202




LINDSAY P S KOLBA                  DEBTOR                             SPUS7 7000 CENTRAL PARK LLC
OFFICE OF THE US TRUSTEE           LAW OFFICES OF STEVEN J STRELZIK   CO MATT BROOKS ESQ
SUITE 362                          7000 CENTRAL PARKWAY SUITE 1000    600 PEACHTREE STREET NE
75 TED TURNER DRIVE SW             ATLANTA GA 30328-4592              SUITE 3000
ATLANTA GA 30303-3330                                                 ATLANTA GA 30308-2305




SECRETARY OF THE TREASURY          DEBTOR                             STEVEN JAY STRELZIK
15TH  PENNSYLVANIA AVENUE NW       STEVEN J STRELZIK                  570 LONDONBERRY ROAD
WASHINGTON DC 20200                LAW OFFICES OF STEVEN J STRELZIK PC ATLANTA GA 30327-4976
                                   SUITE 1000
                                   7000 CENTRAL PARKWAY
                                   ATLANTA GA 30328-4592




TOYOTA LEASE TRUST                 TOYOTA LEASE TRUST                 TROUTMAN SANDERS LLP
CO BECKET AND LEE LLP              CO TOYOTA MOTOR CREDIT CORPORATION BRIAN WATT ESQ
PO BOX 3001                        PO BOX 9013                        600 PEACHTREE STREET SUITE 5200
MALVERN PA 19355-0701              ADDISON TEXAS 75001-9013           ATLANTA GA 30308-2231




U S SECURITIES AND EXCHANGE COMMISSION  US BANK NATIONAL ASSOCIATION  US BANK NATIONAL ASSOCIATION AS
OFFICE OF REORGANIZATION           PO BOX 65250                       TRUSTEE FOR
SUITE 900                          SALT LAKE CITY UT 84165-0250       LOCKE LORD LLP
950 EAST PACES FERRY ROAD NE                                          3333 PIEDMONT ROAD NE SUITE 1200
ATLANTA GA 30326-1382                                                 ATLANTA GA 30305-1724




UNITED STATES ATTORNEY             UNITED STATES TRUSTEE              KRISTI SMITH WILLIAMS
NORTHERN DISTRICT OF GEORGIA       362 RICHARD RUSSELL FEDERAL BUILDING  LEFKOFF RUBIN GLEASON  RUSSO PC
75 TED TURNER DRIVE SW SUITE 600   75 TED TURNER DRIVE SW             SUITE 900
ATLANTA GA 30303-3309              ATLANTA GA 30303-3315              5555 GLENRIDGE CONNECTOR
                                                                      ATLANTA GA 30342-4762
```