**IT IS ORDERED as set forth below:**



**Date: May 17, 2019**

_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 18-57431-LRC |
| STEVEN J. STRELZIK, | CHAPTER 11 |
| Debtor, | |

**ORDER AND NOTICE APPROVING DEBTOR'S AMENDED DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, AND NOTICE OF CONFIRMATION HEARING, AND NOTICE OF THE TIME FIXED FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN**

Debtor filed a Plan of Reorganization (Docket No. 64) and an Amended Disclosure Statement (Docket No. 73) on May 15, 2019. The Court has determined that approval of the

1

disclosure statement is appropriate. 11 U.S.C. § 1125(f)(3); Bankruptcy Rule 3017.1. Accordingly,

**IT IS ORDERED, AND NOTICE IS HEREBY GIVEN THAT:**

A. The Amended Disclosure Statement filed by the Debtor in the above-styled case is approved.

B. **June 20, 2019** is fixed as the last day for filing written acceptances or rejections of the Plan (the "Ballot").

C. Within **3** days after entry of this Order, the attorney for the Debtor shall transmit a copy of this Order, the Plan, the Amended Disclosure Statement, and a ballot by mail to creditors, equity security holders, and other parties in interest, as provided in Federal Rule Bankruptcy Procedure 3017(d) and pursuant to BLR 9007-2, NDGa.

D. **June 27, 2019** is fixed for the hearing on confirmation of the Amended Plan. Said hearing will be held at **10:15 a.m.** in Courtroom **1204**, United States Courthouse, 75 Ted Turner Dr., SW, Atlanta, Georgia, before the undersigned. Said hearing may be adjourned from time to time by announcement made in open Court without further written notice to parties in interest.

E. The plan proponent shall file a Report of Balloting with the Clerk of the Bankruptcy Court and serve pursuant to BLR 3018-1(b) and (c), NDGa.

F. **June 20, 2019** is fixed as the last day for filing and serving written objections to confirmation of the Amended Plan pursuant to Federal Rule of Bankruptcy Procedure 3020(b)(1). Any objection to the confirmation of the plan must be made in writing and provide (a) the name and address of the objector; (b) the amount and nature of the claim or interest held by the objector; and (c) all grounds for objection. Any such objections shall

be filed with the Clerk of the Bankruptcy Court, Room 1340, United States Courthouse, 75 Ted Turner Dr., SW, Atlanta, Georgia 30303, or by using the Court's electronic case filing system ("CM/ECF"). For information on electronic filing, consult the Court's website at [www.ganb.uscourts.gov](www.ganb.uscourts.gov). Any objection must also be served upon counsel for the Debtor, Will B. Geer, Wiggam & Geer LLC, 50 Hurt Plaza, SE, Suite 1245, Atlanta, Georgia 30303.

## END OF ORDER

Draft Prepared and presented by:
 /s/
Will B. Geer
Wiggam & Geer LLC
 50 Hurt Plaza, SE Suite 1245
Atlanta, GA 30303

## DISTRIBUTION LIST

Will B. Geer

Wiggam & Geer, LLC

50 Hurt Plaza, SE Suite 1245
Atlanta, GA 30303

Lindsay P. S. Kolba
Office of the U.S. Trustee
Suite 362
75 Ted Turner Drive, S.W.
Atlanta, GA 30303