**IT IS ORDERED as set forth below:**

Date: January 3, 2020



_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| STEVEN JAY STRELZIK, | ) | CASE NO. 18-57431 – LRC |
| | ) | |
| Debtor. | ) | |

_____

| | | |
|---|---|---|
| STEVEN JAY STRELZIK, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| U.S. BANK, NATIONAL ASSOCIATION, | ) | |
| | ) | |
| Respondents | ) | |

**ORDER AND NOTICE OF EVIDENTIARY HEARING**

NOTICE IS HEREBY GIVEN that an evidentiary hearing on confirmation of Debtor's plan (the "Plan") will be held on **February 11, 2020,** at **9:30 a.m**., in **Courtroom 1204**, U.S. Courthouse and Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.

IT IS ORDERED that, on or before **January 17, 2020**, each party shall file a statement outlining the legal issues and describing the questions of fact to be decided;

IT IS FURTHER ORDERED that any **party who will rely on exhibits**, on or before **January 27, 2020**, shall: (1) prepare and deliver to Christy Lee, Courtroom Deputy Clerk, Chambers 1290, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, an original and two copies of an exhibit list and exhibits (indexed, marked and tabbed in a binder); and (2) provide a copy set of the exhibit list and exhibits to the opposing party, and any other party objecting to the Plan;

IT IS FURTHER ORDERED **that any party who will call witnesses** is to prepare a witness list. On or before **January 27, 2020**, the witness list is to be: (1) delivered to Christy Lee, Courtroom Deputy Clerk, Chambers 1290, 75 Ted Turner Drive, S. W., Atlanta, Georgia 30303; and (2) the witness list is to be exchanged with all parties. The witness list should reflect a separate listing for each of the witnesses, to include their addresses, whom that party will or may have present at the evidentiary hearing, including impeachment and rebuttal witnesses whose use can or should have been reasonably anticipated. A representation that a witness will be called may be relied upon by other parties unless notice is given by **January 31, 2020**, prior to the evidentiary hearing to permit other parties to subpoena the witness or obtain his testimony by other means. Witnesses not included on the witness list will not be permitted to testify.

IT IS FURTHER ORDERED that any additional Stipulations of Facts should be presented to Chambers 1290 by **January 27, 2020;** and

IT IS FURTHER ORDERED that the Parties shall promptly notify the Courtroom Deputy Clerk if the dispute is settled prior to the hearing.

The Clerk is DIRECTED to serve this Order and Notice on the Debtor, Debtor's Counsel, Counsel for U.S. Bank, N.A., the United States Trustee and All Parties listed on the Mailing Matrix.

**[END OF DOCUMENT]**