# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 18-57431-LRC |
| STEVEN J. STRELZIK, | CHAPTER 11 |
| Debtor, | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on August 5, 2020, Steven J. Strelzik filed his **"AMENDED DEBTOR'S PLAN OF REORGANIZATION"** (the "Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Amended Plan shall be held in **U.S. Bankruptcy Court, Courtroom 1204, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303**, at **10:15 a.m. on September 17, 2020. Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Room 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below and the United States Trustee at 75 Ted Turner Drive, SW, Suite 362, Atlanta, Georgia, 30303.

This 5th day of August, 2020.

Wiggam & Geer, LLC
/s/ *Will B. Geer*
Will B. Geer
Georgia Bar No. 940493
Attorney for Debtor
50 Hurt Plaza, SE, Suite 1150

Atlanta, Georgia 30303
(404) 233-9800
(404) 287-2767 Facsimile
Email: wgeer@wiggamgeer.com